400 A.2d 605

Commonwealth v. Brightwell, Appellant.

Argued December 5, 1978. Chester P. Confer, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

400 A.2d 605

Commonwealth v. Chase, Appellant.

Submitted December 31, 1977. William R. Bernhart, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.